FILED

03/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0689

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
No. DA 23-0689

_____

LAKE COUNTY,

      Plaintiff and Appellant,

v.

STATE OF MONTANA,

      Defendant and Appellee.

_____

**ORDER GRANTING APPELLEE'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
RESPONSE BRIEF (FIRST REQUEST)**

_____

On Appeal from the Montana Twentieth Judicial District, Lake County,
Cause No. DV-22-117
Honorable Judge Amy Eddy

_____

Pursuant to M. R. App. P. 26(1), and for good cause appearing, Appellee's

Unopposed Motion for Extension of Time to File Response Brief (First Request) is

GRANTED. Appellant shall have an extension up and to including April 24, 2024, to

file and serve its response brief.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 15 2024